STATE OF NEBRASKA, APPELLEE, V. ROY LEO CRAPSON,
APPELLANT.
246 N. W. 2d 221

Filed October 20, 1976. No. 40719.

T. Clement Gaughan and George R. Sornberger, for appellant.

Paul L. Douglas, Attorney General, and Marilyn B. Hutchinson, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, NEWTON, CLINTON, and BRODKEY, JJ.

NEWTON, J.

Defendant plead guilty to a charge of rape involving his 14-year-old daughter. He was sentenced to a term of 2 to 4 years in the Nebraska Penal and Correctional Complex. The sole issue on appeal is defendant's contention that the sentence is excessive.

Examination of the record reveals that no error of law appears and that the appeal is frivolous.

The judgment is affirmed. See Rule 20 and State v. Cohen, *ante* p. 523, 243 N. W. 2d 782.

AFFIRMED.